# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DULCE MARIA FUNEZ CABELLERO

NO. 2021 KW 0819

**JULY 19, 2021**

---

In Re:    Dulce Maria Funez Cabellero, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 14-CR-276.

---

**BEFORE:    THERIOT, HOLDRIDGE, AND HESTER, JJ.**

   **WRIT DENIED.**

                            MRT

   **Holdridge J., concurs.** A motion opposing admission of foreign records of regularly conducted business activity "shall be made by the opposing party and determined by the court before trial. Failure by a party to file such motion before trial shall constitute a waiver of objection to such record or duplicate." See La. Code Evid. art. 803.1(2). The writ application is devoid of any evidence that the trial court granted the defense relief from this waiver in accordance with Article 803.1(2).

   **Hester J., concurs** and would deny the writ application on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
       FOR THE COURT